# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **TROY HARDEN,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:06-cv-266 (HL) |
| **FREDERICK BRIGHT, et al.,** | : | |
| Defendants. | : | |

## ORDER

The Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered December 1, 2006 [doc. 26], in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given due consideration to the Recommendation, hereby accepts the same. This action is hereby dismissed.

**SO ORDERED**, this the 10th day of January, 2007.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls